Frank Svoboda et al., Respondents, v. State of New York, Appellant. (Claim No. 41028.) — *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*.